IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRISCILLA GIUSEFFI<br><br>        *Plaintiff,*<br>v.<br><br>KRISTJEN NIELSEN, Secretary U.S. Department of Homeland Security,<br><br>        *Defendant.* | CIVIL ACTION<br>NO. 18-00622 |

## <u>ORDER</u>

**AND NOW**, this 18th day of December, 2018, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 24), Plaintiff's Response (ECF No. 26), Defendant's Reply (ECF No. 28) and after hearing oral argument (ECF No. 30), it is hereby **ORDERED** that the motion is **GRANTED** and judgment entered for the Defendant.

                                                                    BY THE COURT:

                                                        ***/s/ Gerald J. Pappert***

                                                        GERALD J. PAPPERT, J.